Pro Se 14 (INND Rev. 2/20) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

FaceBook Multimedia Journalist & Speaker of L.G.B.T.Q.+ members Transgender Person: Mrs. Eyrkayla my. Carruthers Washington (Area)

Antwan M. Carruthers Washington
[You are the PLAINTIFF, print your full name on this line.]

v. WCC-1 / Westville Correctional Facility Admin (WCF)

Ofc. Porter (D.H.B)
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

3:23-cv-464

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] WCC-1/Westville Correctional Facility (WCF) Admin | 5501 S West 1100 Westville Ind. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Ofc. Porter (DHB) | 5501 S 1100 W Westville Ind. 46391 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? WCC-1 / Westville Correctional Ind. Facility (WCF) 5501 South 1100 West Westville Ind. 46391

3. Did the event you are suing about happen there? ☑Yes  ☐ No, it happened at: _____

4. On what date did this event occur? April 11th 2023, April 12, 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

(1) 1st, 4th, 5th, 8th, 14th amendment has been affected o/c. Porter of "WCF-WCC-7" has violated my Rights to Reopen a Proper Venue of a Successfully Sue. demand of $180,000 United States of America Currency. Altered conduct on April 11, 2023 after Speaking with "D.H.B" o/c Porter about a Release date out of Segregation came another Imposed Sentence that was altered a Sanction detail from the Original Imposed Sanction on March 20, 2023 of Transgender Person Mrs. Eyekeyla My. Carruthers Washington (KA) Antwan M. Carruthers Washington DOC# 968154 Individual was Imposed a Sanction detail for Conduct Ticket #WCC-23-03 0137: 60 days Segregation; 15 days phone Restriction; 90 days suspend on Credit Time. dates were miscalculated May 19, 2023 was Relief date for Restrictive housing Unit (RHU) Release date original is May 11, 2023 asking D.H.B - Disciplinary hearing Board of c. Porter on April 11, 2023 brought these altered actions of a violation as my date changed from 60 days to 180 days Release date back to general population is September 7, 2023 and 90 day good time taken. Grievance procedures No Response. Under penalties for perjury all information is true and correct. Demand $180,000 United States of America Currency

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
- ○ Before I was confined.
- ⦿ While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ⦿ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ⦿ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because Copy of Grievance to Specialist Shannon Smith - No Response Found -

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

$180,000 United States of America Currency for Demand. Dtl. B. o/c. Porter Terminated for Fraud Reports of Conduct with Offenders

[Initial Each Statement]

EmCW I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EmCW I will keep a copy of this complaint for my records.
EmCW I will promptly notify the court of any change of address.
EmCW I WILL NOT send more than one copy of any filing to the court.
EmCW I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EmCW I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  4 / 12 / 20 23  at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mrs. Beashington
Signature

DOC # 968154
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]