AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Facebook Multimedia Journalist & Speaker of L.G.B.T.Q.+ members, Transgender Person: Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington

       Plaintiff

       v.         Civil Action No. 3:23-cv-464

WESTVILLE CORRECTIONAL FACILITY
*WCC-1/WCF, Admin.*

PORTER
*Ofc. (DHB)*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E. DeGuilio.

DATE:  06/02/2023          CHANDA J. BERTA, CLERK OF COURT

       by   s/J. Barboza
       *Signature of Clerk or Deputy Clerk*